# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CYNTHIA E. OLSON  
1121 VAN WIE AVENUE  
ROCKFORD, IL  61103  

SSN-xxx-xx-2521

Case Number: 04-75651

Case filed on: 11/12/2004  
Plan Confirmed on: 2/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,300.59        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 021 | AMERICA'S SERVICING COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CYNTHIA E. OLSON | 0.00 | 0.00 | 25.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 25.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 2,277.73 | 1,696.35 | 1,696.35 | 0.00 |
| | Total Secured | 2,277.73 | 1,696.35 | 1,696.35 | 0.00 |
| 002 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 1,905.10 | 0.00 | 0.00 | 0.00 |
| 004 | RESURGENT CAPITAL SERVICES | 7,554.34 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CRUSADER CLINIC | 184.30 | 0.00 | 0.00 | 0.00 |
| 007 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 148.11 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 5,399.12 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS STUDENT ASSISTANCE COMM | 7,192.32 | 0.00 | 0.00 | 0.00 |
| 013 | SBC MIDWEST | 263.75 | 0.00 | 0.00 | 0.00 |
| 014 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WHITEWING FINANCIAL GROUP | 1,542.00 | 0.00 | 0.00 | 0.00 |
| 018 | ASLE B. OLSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ELAINE OLSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 3,552.49 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 27,741.53 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 31,383.26 | 3,060.35 | 3,085.35 | 0.00 |

Total Paid Claimant:     $3,085.35  
Trustee Allowance:       $215.24          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008           By  /s/Heather M. Fagan